IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00205-LTB

DEAN CARBAJAL,

    Plaintiff,

v.

MATHEW HOLMAN, Deputy Assistant Attorney General for the State of Colorado, in his
    individual and official capacity,
DELTA COUNTY BOARD OF COUNTY COMMISSIONERS, a political subdivision of
    the State of Colorado, and
SHERRI PRICE, a Deputy District Attorney for the Second Judicial District, in her
    individual and official capacity,

    Defendants.

---

ORDER

---

This matter is before the Court pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on November 1, 2012. The circuit court affirmed the substance of the Court's order dismissing this action but vacated the dismissal without prejudice of Plaintiff's claims for monetary damages. The circuit court remanded the action with directions to enter an order dismissing Plaintiff's claims for monetary damages with prejudice. Accordingly, it is

ORDERED that Plaintiff's claims for monetary damages are dismissed with prejudice.

DATED at Denver, Colorado, this  2nd  day of      November     , 2012.


BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court